UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER JACKSON,<br><br>    Plaintiff,<br><br>  v.<br><br>ALVARO TRAQUINA, et al.,<br><br>    Defendants. | No.  2:13-cv-1538-GEB-EFB P<br><br><br><br>ORDER |

After this civil rights action was closed and judgment duly entered, *see* ECF Nos. 16, 17, plaintiff filed a letter stating that the Clerk of the Court had erroneously served him documents at Corcoran, instead of his home address.  ECF Nos. 8, 18.

In his September 18, 2013 notice of change of address, plaintiff stated that he would be paroled, and that his address would therefore change on October 26, 2013.  When the court issued its next order on October 23, 2013, in an abundance of caution, it directed the Clerk to serve the order at both of plaintiff's addresses – Corcoran and his home address.  *See* ECF No. 8.  The next order of the court, issued December 2, 2013, was mailed only to plaintiff's home address.  Plaintiff's claim that court documents were not mailed to him at home, pursuant to his September 18, 2013 request, are unfounded.

/////

/////

1

Regardless, the court takes no action on plaintiff's filing as this case is now closed. Plaintiff is hereby informed that the court will not respond to future filings in this action that are not authorized by the Federal Rules of Civil Procedure or the Federal Rules of Appellate Procedure.

So ordered.

Dated: January 21, 2014.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE